# EXHIBIT I

FILED
2006 Apr-05 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| NATHAN HUBBARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. CV-06-S-535-NW ) |
| ELI LILLY AND COMPANY; RICHARD LEVENTRY; | ) ) ) |
| Defendants. | ) ) |

## ORDER

This action was originally filed in the Circuit Court of Franklin County, Alabama, but removed to this court pursuant to 28 U.S.C. §§ 1441 and 1446. The action now is before the court on defendant Eli Lilly and Company's motion to stay all pretrial activity in this case pending a final decision on its transfer to a Multidistrict Litigation proceeding that has been established in the United States District Court for the Eastern District of New York (doc. no. 3). The motion to stay is GRANTED.

DONE this 5th day of April, 2006.

*[signature]*
United States District Judge