IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE PERSON, | ) |
|        Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06cv465-WHA |
| ELI LILLY AND COMPANY, et al., | ) |
|        Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion to Stay (Doc. #5), filed on May 23, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before June 13, 2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 31st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE