**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X ★ JAN 1 1 2005 ★

BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION                 <u>ORDER</u>
                                          04 MD 1596 (JBW)

-----------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                        s/Jack B. Weinstein
                                                        JACK B. WEINSTEIN
                                       SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05

